**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (P.O.) | Officer No. |
|---|---|---|---|
| Vylos | E 2596101 | GILLENWATER | 696 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/07/2026  1554 | 36 CFR 4.22 (b)(i) |

Place of Offense:
U.S. HWY 63

Offense Description: Factual Basis for Charge    ☐ HAZMAT ☐

OPERATING MOTOR VEHICLE WITHOUT DUE CARE

**DEFENDANT INFORMATION**    Phone: (606) 670 - 2172

| Last Name | First Name |
|---|---|
| TIGUE | CYNTHIA |

Street Address: 216 S 22 ST APT

City: ▮▮▮

VEHICLE

Tag No: EN9▮▮▮    MITSU GALANT   WHITE

---

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  Forfeiture Amount
  + $30  Processing Fee
$ _____  Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Courthouse
310 S. Main Street
London, KY 40745-5121

Date: 08/05/2026
Time: 0930

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original—Cvb Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on MAY 7, 20 26 while exercising my duties as a law enforcement officer in the WESTERN District of VIRGINIA

On 05/07/2026 at approximately 1550 hours I was on patrol in the Campground of Cumberland Gap National Historical Park. I received a call about a vehicle striking a sign. Upon arrival I observed a White Mitsubishi Galant that had apparently impacted the park's large stone entrance sign. I contacted the driver of the vehicle (Cynthia TIGUE) and she stated that she had "nodded off" and she believed she'd hit the sign doing the speed limit (60mph). Due to the injuries of both the driver and the passenger, they were both transported via ambulance to the hospital. TIGUE stated she was on some medications and a K-9 deployment of the vehicle gleaned illegal narcotics belonging to the passenger. I issued TIGUE a CSDCVN for 36 CFR 4.22(b)(1) Operating a vehicle without due care, 36 CFR (a)(6) Damaging a government structure, and 36 CFR 4.2(b) 46.2-707 Fail to provide proof of insurance.

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/12/2026    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

United States District Court
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA60 | E2596102 | GILLENWATER | 696 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 05/07/2026   1554 | 36 CFR (a)(6) |

Place of Offense

U.S. HWY 58

Offense Description: Factual Basis for Charge          HAZMAT ☐

INJURING / DAMAGING STRUCTURE FURNISHING/FIXTURE

### DEFENDANT INFORMATION     Phone (606) 670 - 2173

| Last Name | First Name |
|---|---|
| TIGUE | CYNTHIA |

Street Address
2X S 32ND ST APT 6

City
MAY██

Drivers License

VEHICLE

Tag No.
███

| PA1S | MITSU GALANT | WHITE |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address: U.S. District Courthouse 310 S. Main Street London KY 40741-5121 | Date 08/05/2026 |
|---|---|
| | Time 0930 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Cynthia T

Original - CVB Copy

---

I state that on MAY 7, 20 26 while exercising my duties as a law enforcement officer in the WESTERN District of VIRGINIA

On 05/07/2026 at approximately 1550 hours I was on patrol in the Campground of Cumberland Gap National Historical Park. I received a call about a vehicle striking a sign. Upon arrival I observed a White Mitsubishi Galant that had apparently impacted The park's large stone entrance sign. I contacted the driver of the vehicle (Cynthia TIGUE) and she stated that she had "nodded off" and she believed she'd hit the sign doing the speed limit (60mph). Due to the injuries of both the driver and the passenger, they were both transported via ambulance to the hospital. TIGUE stated she was on some medications and a K-9 deployment of the vehicle gleaned illegal narcotics belonging to the passenger. I issued TIGUE a USDCVN for 36 CFR 4.22(h)(1) Operating a vehicle without due care, 36 CFR (a)(6) Damaging a government structure, and 36 CFR 4.2(b) 46.2-707 Fail to provide proof of insurance.

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/12/2026    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VUGO | E2596103 | GILLENWATER | 696 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  CFR  USC  State Code |
|---|---|
| 05/07/2026   1550 | 36 CFR 4.2(b)   46.2-707 |

Place of Offense

U.S. HWY 58

Offense Description; Factual Basis for Charge   HAZMAT

FAIL TO PROVIDE PROOF OF INSURANCE

### DEFENDANT INFORMATION   Phone: (606) 670-2172

Last Name: TIGUE   First Name: CYNTHIA

Street Address: ████████

City: ███████

Driver's License: ████████

VEHICLE ████████

Tag No. ████████

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. District Courthouse  310 S. Main Street  _____ TX _____ | 08/05/2026 |
| | Time: 0930 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _Cynthia T_

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 7, 20 26 while exercising my duties as a law enforcement officer in the WESTERN District of VIRGINIA

On 05/07/2026 at approximately 1550 hours I was on patrol in the Campground of Cumberland Gap National Historical Park. I received a call about a vehicle striking a sign. Upon arrival I observed a White Mitsubishi Galant that had apparently impacted the park's large stone entrance sign. I contacted the driver of the vehicle (Cynthia TIGUE) and she stated that she had "nodded off" and she believed she'd hit the sign doing the speed limit (60mph). Due to the injuries of both the driver and the passenger, they were both transported via ambulance to the hospital. TIGUE stated she was on some medications and a K-9 deployment of the vehicle gleaned illegal narcotics belonging to the passenger. I issued TIGUE a USDCVN for 36 CFR 4.22(b)(1) Operating a vehicle without due care, 36 CFR (a)(6) Damaging a government structure, and 36 CFR 4.2(b) 462-707 Fail to provide proof of insurance.

The foregoing statement is based upon:

☐ my personal observation   ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/12/2026
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident